JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JOHN ANTHONY CASTRO

**(b)** County of Residence of First Listed Plaintiff: **Tarrant County, TX**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

## DEFENDANTS
SECRETARY OF STATE GREGG AMORE and DONALD JOHN TRUMP

County of Residence of First Listed Defendant: **Providence County, RI**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

(Stamp: RECEIVED OCT 03 2023 U.S. DISTRICT COURT DISTRICT OF [Rhode Island])

## IV. NATURE OF SUIT
[X] 890 Other Statutory Actions

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: U.S. Const. amend. XIV, § 3
Brief description of cause: Plaintiff is experiencing a political competitive injury traceable to a constitutionally disqualified individual who aided and comforted an insurrection.

## VII. REQUESTED IN COMPLAINT:
DEMAND $: 0
JURY DEMAND: [X] No

## VIII. RELATED CASE(S) IF ANY

DATE: Sep 29, 2023
SIGNATURE OF ATTORNEY OF RECORD: /s/ John Anthony Castro

FOR OFFICE USE ONLY