PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

FOR DOMESTI[C] [AND INTERNATIONAL] USE
PLACE [LABEL HERE]


US POSTAGE & FEES PAID
PRIORITY MAIL EXPRESS
ZONE 7 FLAT-RATE ENVELOPE
ComBasPrice
062S0014950526
9900632
FROM 75240
stamps
endicia
09/30/2023

PRIORITY MAIL EXPRESS 2-DAY™      0007

■ Guaranteed de[livery]    John Castro
                            Castro & Co.          (202) 594-4344
■ Guaranteed de[livery]    13155 Noel Road, Suite 900
                            Dallas TX 75240-6882
■ USPS Tracking            WAIVER OF SIGNATURE
  and many inter[national]  SHIP  US District Court Clerk
■ Pick up availab[le]        TO:   1 Exchange Ter
                                    Providence RI 02903-1744
■ Domestic shipm[ents]
  (restrictions ap[ply])
■ Signature inclu[ded]

*Money Back Guarant[ee]         USPS TRACKING #
 select International de[stinations]
 See DMM and IMM at
†Money Back Guarante[e]
‡Insurance does not co[ver]     [barcode]              s exclusions see the
 Domestic Mail Manua[l]         9470 1112 0620 3665 7282 48

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

  
UNITED STATES POSTAL SERVICE®