# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

PRIORITY MAIL EXPRESS FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

FOR DOMESTI... USE
PLACE ...

- Guaranteed de...
- Guaranteed de...
- USPS Tracking...
  and many inter...
- Pick up availab...
- Domestic ship...
  (restrictions ap...
- Signature inclu...

*Money Back Guarant... select International d... See DMM and IMM a...
‡Money Back Guarant...
‡Insurance does not c... Domestic Mail Manua... ...s exclusions see the

US POSTAGE & FEES PAID
PRIORITY MAIL EXPRESS
ZONE 7 FLAT-RATE ENVELOPE
ComBasPrice
062S0014950526
9900632
FROM 75240
stamps endicia
09/30/2023

PRIORITY MAIL EXPRESS 2-DAY™   0007

John Castro
Castro & Co.
13155 Noel Road, Suite 900
Dallas TX 75240-6882
(202) 594-4344

WAIVER OF SIGNATURE

SHIP TO:
US District Court Clerk
1 Exchange Ter
Providence RI 02903-1744

**USPS TRACKING #**

9470 1112 0620 3665 7282 48

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

 

UNITED STATES POSTAL SERVICE®