AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| John Anthony Castro )<br>*Plaintiff* )<br>v. )<br>Gregg Amore, and Donald John Trump )<br>*Defendant* ) | Case No.  1:23-cv-00405-JJM-PAS |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald John Trump.

Date:  10/26/2023

/s/Gregory P Piccirilli
*Attorney's signature*

Gregory P. Piccirilli #4582
*Printed name and bar number*

2 Starline Way #7
Cranston, RI 02921

*Address*

gregory@splawri.com
*E-mail address*

(401) 578-3340
*Telephone number*

*FAX number*