UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN ANTHONY CASTRO : | |
| Plaintiffs : | |
| : | |
| vs. : | C.A. No. 1:23-cv-00405-JJM-PAS |
| : | |
| SECRETARY OF STATE GREGG AMORE; : | |
| And DONALD JOHN TRUMP : | |
| Defendants : | |

**DEFENDANT DONALD JOHN TRUMP'S
MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

Defendant Donald John Trump, by and through his attorney, hereby moves to dismiss Plaintiff's complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The reasons for said objection are set forth in the attached memorandum of law.

Respectfully submitted,
Defendant Donald John Trump,
By his Attorney,

*/s/Gregory P. Piccirilli, Esquire #4582*
2 Starline Way #7
Cranston, RI  02921
Telephone No.: (401) 578-3340
Gregory@splawri.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 26, 2023, I caused the foregoing to be served on counsel of record via this Court's Electronic Case Filing system.

*/s/Gregory P. Piccirilli*