UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN ANTHONY CASTRO      :
      Plaintiff    :
            :
  vs.         : C.A. No. 1:23-cv-00405-JJM-PAS
            :
SECRETARY OF STATE GREGG AMORE; :
And DONALD JOHN TRUMP    :
      Defendants :

**DEFENDANT DONALD JOHN TRUMP'S**
**NOTICE OF CASES FILED BY PLAINTIFF**

Donald J. Trump hereby files this Notice of all cases filed by Plaintiff John Castro involving him regarding the Fourteenth Amendment, Section Three:

1. *Castro v. FEC*, 1:22-cv-02176 (D.D.C. July 25, 2022). Case dismissed for lack of standing. Affirmed (D.C. Cir. April 10, 2023).

2. *Castro v. Trump*, 9:23-cv-80015 (S.D. Fla Jan. 6, 2023). Case dismissed for lack of standing. First mandamus relief denied by 11th Cir. on April 11, 2023, #23-10429. Second mandamus relief denied by 11th Cir. On May 3, 2023, #23-10531. Third mandamus relief dismissed as moot, #23-11837. Appeal for lack of standing pending before the 11th Cir. #23-12111. Petition for writ of certiorari before judgment denied on October 2, 2023 (#23-117).

3. *Castro v. Trump*, New Hampshire State Court, Merrimack Superior Court, 217-2023-cv-00462 (filed Aug. 24, 2023). Case dismissed by Castro on Sept. 24, 2023.

4. *Castro v. Schmidt and Trump*, 390 MD 2023, Commonwealth Court of Pennsylvania (filed on Aug. 30, 2023).

5. *Castro v. Benson*, 23-122-MZ, Michigan Court of Claims (filed on Aug. 31, 2023)

6. *Castro v. WEC*, 2023CV002288, Wisconsin Circuit Court, Dane County (filed on Aug. 31, 2023)

7. *Castro v. Scanlan and Trump*, 1:23-cv-00416. (D.N.H. Sept. 5, 2023).

8. *Castro v. Fontes and Trump*, 2:23-cv-01865. (D. Ariz. Sept. 5, 2023).

9. *Castro v. Bellows and Trump*, 1:23-cv-335 (D. Me. Sept. 5, 2023). Dismissed by Castro on Oct. 3, 2023.

10. *Castro v. Aguilar and Trump*, 2:23-cv-01387 (D. Nev. Sept. 5, 2023).

11. *Castro v. Henderson and Trump*, 2:23-cv-00617 (D. Utah Sept. 6, 2023). Case dismissed by Castro on Sept. 29, 2023.

12. *Castro v. Schmidt and Trump*, 1:23-cv-01468 (M.D. Pa. Sept. 6, 2023). Case dismissed by Castro on Sept. 27, 2023.

13. *Castro v. Ziriax and Trump*, CIV-23-781 (W.D. Okla. Sept. 6, 2023). Case dismissed by Castro on Sept. 29, 2023.

14. *Castro v. Schwab and Trump*, 6:23-cv-01184 (D. Kan. Sept. 7, 2023).

15. *Castro v. McGrane and Trump*, 1:23-cv-00393 (D. Idaho Sept. 7, 2023). Case dismissed by Castro on Oct. 4, 2023.

16. *Castro v. Bell and Trump*, 5:23-cv-00496 (E.D.N.C. Sept. 7, 2023). Case dismissed by Castro on Oct. 2, 2023.

17. *Castro v. Knapp and Trump*, 3:23-cv-04501 (D.S.C. Sept. 7, 2023).

18. *Castro v. Warner and Trump*, 2:23-cv-00598 (S.D.W. Va. Sept. 7, 2023).

19. *Castro v. Oliver and Trump*, 1:23-cv-00766 (D.N.M. Sept. 8, 2023).

20. *Castro v. Jacobsen and Trump*, 6:23-cv-00062 (D. Mont. Sept. 11, 2023).

21. *Castro v. Galvin and Trump*, 1:23-cv-12121 (D. Mass. Sept. 18, 2023).

22. *Castro v. Thomas and Trump*, 3:23-cv-01238 (D. Conn. Sept. 21, 2023).

23. *Castro v. Albence and Trump*, 1:23-cv-01068 (D. Del. Sept. 28, 2023).

24. *Castro v. Griswold and Trump*, 1:23-cv-02543 (D. Colo. Sept. 29, 2023).

25. *Castro v. Dahlstrom and Trump*, 1:23-cv-00011 (D. Alaska Sept. 29, 2023).

26. *Castro v. Copeland-Hanzas and Trump*, 2:23-cv-00453 (D. Vt. Oct. 2, 2023).

27. *Castro v. Weber and Trump*, 2:23-cv-02172 (E.D. Cal. Oct. 2, 2023).

28. *Castro v. New York Board of Elections and Trump*, 1:23-cv-01223 (N.D.N.Y. Oct. 2, 2023).

29. *Castro v. Way and Trump*, 3:23-cv-20929 (D.N.J. Oct. 3, 2023).

30. *Castro v. Amore and Trump*, 1:23-cv-00405 (D.R.I. Oct. 3, 2023).

Respectfully submitted,
Defendant Donald John Trump,
By his Attorney,

**/s/Gregory P. Piccirilli, Esquire #4582**
2 Starline Way #7
Cranston, RI  02921
Telephone No.: (401) 578-3340
Gregory@splawri.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 30, 2023, I caused the foregoing to be served on counsel of record via this Court's Electronic Case Filing system.

*/s/Gregory P. Piccirilli*