UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN ANTHONY CASTRO                               :
                              Plaintiffs          :
                                                  :
            vs.                                   : C.A. No. 1:23-cv-00405-JJM-PAS
                                                  :
SECRETARY OF STATE GREGG AMORE;                   :
And DONALD JOHN TRUMP                             :
                              Defendants          :

**PRESIDENT TRUMP'S RESPONSE TO COURT'S ORDER**

Attached to this filing are copies of 50 written orders in the case of *Anderson v. Griswold*, Case #2023CV32577, (Den. Dis., Colo.).

President Trump also provides a list of all Section Three lawsuits along with a list of the major written orders associated with these cases. President Trump is prepared to provide copies of any of those other orders that this Court requests.

1. *Anderson v. Griswold*, 2023CV32577 (Filed on 9/6/2023 in Den. Dis., Colo.)

    a. All Orders as of Oct. 31, 2023.

2. *Castro v. FEC*, 1:22-cv-2176-RC (Filed on 7/25/2022 in D.D.C.)

    a. Order dismissing case for lack of standing. (12/6/22) (CM/ECF #21)

3. *Castro v. FEC*, 22-5323 (Filed on 12/7/2023 in D.C. Cir.)

    a. Order affirming district court's dismissal for lack of standing. (4/10/2023)

    b. Order denying panel rehearing. (5/25/2023)

    c. Order denying rehearing *en banc*. (5/25/2023)

4. *Castro v. Trump*, 9:23-cv-80015-AMC (Filed on 1/6/2023)

    a. Order dismissing case for lack of jurisdiction. (6/26/2023) (CM/ECF #33)

5. *In re: John Castro*, 23-10429 (Filed on 2/10/2023 in 11th Cir.)

1

      a.   Order denying mandamus relief allowing Castro to have CM/ECF filing privileges. (4/11/2023)

6.   *In re: John Castro v. Donald Trump*, 23-10531 (Filed on 2/22/2023 in 11th Cir.)

      a.   Order denying Castro's mandamus petition that the district judge be recused. (5/3/2023)

7.   *In re: John Castro*, 23-11837 (Filed on 6/5/2023 in 11th Cir.)

      a.   Order denying as moot Castro's mandamus petition to require the district court to rule on the motion to dismiss. (8/23/2023)

8.   *Castro v. Trump*, 23-12111 (Filed on 6/26/2023 in 11th Cir.)

      a.   Order denying motion to expedite oral argument by Castro (8/29/2023)

9.   *Castro v. Trump*, 23-117 (filed on 8/2/2023 in U.S.)

      a.   Petition denying Castro's Writ that he has standing (10/2/2023)

10. *Schaefer v. U.S.A.*, 23CV1451 (Filed on 8/8/2023 in S.D. Cal.)

      a.   Order to show cause why the case should not dismiss for lack of subject matter jurisdiction. (9/25/2023) (CM/ECF #4)

      b.   Order dismissing Plaintiff's Complaint for lack of standing. (10/13/2023 (CM/ECF #6)

11. *Sladek v. Trump*, 1:23-cv-02089 (Filed on 8/16/2023 in D. Colo.)

      a.   Recommendation of U.S. Magistrate Judge to dismiss case for lack of standing. (9/20/2023) (CM/ECF #10)

      b.   Order dismissing case for lack of standing. (10/18/2023) (CM/ECF #12)

12. *Stilley v. Trump*, 4:23-cv-773 (Filed on 8/22/2023 in E.D. Ark.)

13. *Caplan v. Trump*, 23-cv-61628 (Filed on 8/24/2023 in S.D. Fla.)

      a.   Order dismissing case for lack of standing. (8/31/023) (CM/ECF #17)

14. *Castro v. Trump*, 217-2023-cv-00462 (Filed on 8/27/2023 in Merrimack Superior) (case dismissed by Castro)

15. *Washington v. Trump*, 1:23-cv-00941 (Filed on 8/28/2023 in D. Del.)

16. *Castro v. Schmidt*, 390 MD 2023 (filed on 8/30/2023 in Commonwealth Court of Penn.)

17. *Kersey v. Trump*, 1:23-cv-12019-IT (Filed on 8/31/2023 in D. Mass.)

      a.   Order dismissing for lack of jurisdiction (11/1/2023) (CM/ECF #4)

18. *Perry-Bey v. Trump*, 1:23-cv-01165-LMB-IDD (Filed on 8/31/2023 in E.D. Va.)

19. *Castro v. Wisconsin Elections Commission*, 2023CV002288 (Filed on 8/31/2023 in Dane Ct., Wisc.)

20. *Castro v. Benson*, 23-000122-MZ (Filed on 8/31/2023 in Mich. Ct. of Claims)

21. *Castro v. NH Secretary of State*, 1:23-cv-00416-JL (Filed on 9/5/2023 in D.N.H.)

      a.   Order dismissing case for lack of standing and lack of jurisdiction to hear the case under the political question doctrine. (10/27/2023) (CM/ECF #60)

22. *Castro v. Scanlan*, 23-1902 (Filed on 10/30/2023 in 1st Cir.)

23. *Castro v. Fontes*, 2:23-cv-01865-DLR (Filed on 9/5/2023 in D. Az.)

24. *Dewald v. Trump*, 1:23-cv-07833-KPF (filed on 9/5/2023 in S.D.N.Y.)

25. *Castro v. Bellows*, 1:23-cv-00335-JAW (Fled on 9/6/2023 in D. Me.) (case dismissed by Castro)

26. *Castro v. Henderson*, 2:23-cv-00617-JNP (Filed on 9/6/2023 in D. Utah) (case dismissed by Castro)

27. *Castro v. Ziriax*, 5:23-cv-00781-JD (Filed on 9/6/2023 in W.D. Okla.) (case dismissed by Castro)

28. *Castro v. Schmidt*, 1:23-cv-01468-JPW (Filed on 9/6/2023 in M.D. Pa.) (case dismissed by Castro)

29. *Castro v. Aguilar*, 2:23-cv-01387-RFB-BNW (Filed on 9/7/2023 in D. Nev.)

30. *Stilp v. Trump*, 1:23-cv-01489-DFB (Filed on 9/7/2023 in M.D. Pa.)

31. *Castro v. Secretary of State*, 6:23-cv-01184-JAR-BGS (Filed on 9/7/2023 in D. Kan.)

32. *Castro v. McGrane*, 1:23-cv-00393-DKG (Filed on 9/7/2023 in D. Idaho) (Case dismissed by Castro)

33. *Castro v. Bell*, 5:23-cv-00496-FL (Filed on 9/7/2023 in E.D.N.C.) (case dismissed by Castro)

34. *Castro v. Trump*, 3:23-cv-04501-MGL-SVH (Filed on 9/7/2023 in D.S.C.)

   a. Magistrate judge's recommendation that the temporary restraining order be denied for failure to show immediate and irreparable harm. (9/27/2023) (CM/ECF #16)

35. *Castro v. Warner*, 2:23-cv-00598 (Filed on 9/7/2023 in S.D.W. Va.)

   a. Magistrate judge's recommendation that the temporary restraining order be denied for failure to show immediate and irreparable harm.  (Filed 9/28/2023) (CM/ECF #13)

36. *Castro v. Oliver*, 1:23-cv-00766-MLG-GJF (Filed on 9/8/2023 in D.N.M)

      a.  Magistrate judge's Order to show cause why case should not be dismissed for lack of personal jurisdiction over President Trump. (9/18/2023) (CM/ECF #5)

      b.  District judge's Order to show cause why case should not be dismissed for lack of personal jurisdiction over President Trump. (10/18/2023) (CM/ECF #22)

37. *Clark v. Weber*, 2:23-cv-07489-DOC-DFM (Filed on 9/9/2023 in C.D. Cal.)

      a.  Order to show cause why the complaint should not be dismissed for lack of subject matter jurisdiction (10/2/2023) (CM/ECF #20)

      b.  Order sua sponte dismissing case for lack of standing (10/20/2023) (CM/ECF #35)

38. *Castro v. Jacobson*, 6:23-cv-00062-SPW (Filed on 9/11/2023 in D.Mont.)

      a.  Order denying Pro Se application for emergency temporary restraining order for failure to notify defendants.  (9/18/2023) (CM/ECF # 8)

39.  *Growe v. Simon*, A23-1354 (Filed on 9/12/2023 in Minn. S.C.)

40. *Bellocchio v. Way*, L-1762-23 (Filed on 9/13/2023 in Mercer Ct., N.J.)

      a.  Order to show cause hearing for failure to follow court rules. (9/15/2023)

      b.  Order to show cause hearing. (9/26/2023)

41. *Davis v. Benson*, 23-000128-MB (9/15/2023 in Mich. Ct. of Claims)

42. *Castro v. Galvin*, 1:23-cv-12121-MJJ (9/18/2023 in D. Mass.)

43. *Castro v. Thomas*, 3:23-cv-01238-VAB (9/21/2023 in D. Conn.)

44. *Davis v. Wayne County Election Commission*, 23-0122484-AW (Filed on 9/27/2023 in Cir. Ct. Wayne, Mich.)

45. *Medina v. Trump*, 2023-023947-CA-01 (9/28/2023 in Miami-Dade Ct., Fla.)

46. *Castro v. Albence*, 1:23-cv-01068-RGA (9/28/2023 in D. Del.)

47. *Labrant v. Benson*, 23-000135-MZ (9/29/2023 in Mich. Ct. of Claims)

48. *Steinmetz v. New York State Board of Elections*, 50560/2023 (9/29/2023 in Sup. Ct. Westchester County)

    a.  Order dismissing for lack of standing (10/26/2023)

49. *Castro v. Griswold*, 1:23-cv-02543-KAS (Filed on 9/29/2023 in D. Colo.)

50. *Castro v. Dahlstrom*, 1:23-cv-00011-JMK (Filed on 9/29/2023 in D. Alaska)

51. *Castro v. Copeland-Hanzas*, 2:23-cv-00453-gwc (filed on 10/2/2023 in D. Vt.)

    a.  Order denying motion for temporary restraining order for failure to follow procedural requirements of Rule 65(c). (10/11/2023) (CM/ECF #3)

52. *Castro v. Weber*, 2:23-cv-02172-DAD-AC (Filed on 10/2/2023 in E.D. Cal.)

    a.  Magistrate judge's Order to show cause why the case should not be dismissed for lack of subject matter jurisdiction—political question. (10/12/2023) (CM/ECF #6)

    b.  Magistrate judge's Recommendations that this case be dismissed with prejudice for lack of subject matter jurisdiction (10/19/2023) (CM/ECF #8)

53. *Castro v. N.Y. State Board of Elections*, 1:23-cv-01223-GTS-DJS (Filed on 10/2/2023 in N.D. Cal.)

54. *Castro v. Way*, 3:23-cv-20929-GC-JBD (Filed on 10/3/2023 in D.N.J.)

55. *Castro v. Amore*, 1:23-cv-00405-JJM-PAS (Filed on 10/3/2023 in D.R.I.)

56. *Trump v. Benson*, 23-000151-MZ (10/31/2023 in Mich. Ct. of Claims)

Respectfully submitted,
Defendant Donald John Trump,
By his Attorney,

***/s/Gregory P. Piccirilli, Esquire #4582***
2 Starline Way #7
Cranston, RI 02921
Telephone No.: (401) 578-3340
Gregory@splawri.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 2, 2023, I caused the foregoing to be served on parties of record via this Court's Electronic Case Filing system.

*/s/Gregory P. Piccirilli*

7