UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN ANTHONY CASTRO                     :
                   Plaintiff       :
                                :
         vs.                : C.A. No. 1:23-cv-00405-JJM-PAS
                                :
SECRETARY OF STATE GREGG AMORE;  :
And DONALD JOHN TRUMP        :
               Defendants   :

**DEFENDANT DONALD JOHN TRUMP'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Donald J. Trump hereby files this Notice of Supplemental Authority to advise the Court of the recent decision of the Minnesota Supreme Court in *Growe v. Simon*, A23-1354. (See attached Exh. 1)  The Court dismissed an attempt to remove Defendant Trump from the presidential primary ballot pursuant to the Fourteenth Amendment, Section Three, and dismissed without prejudice as not ripe an attempt to remove him from the general election ballot.

Respectfully submitted,
Defendant Donald John Trump,
By his Attorney,

*/s/Gregory P. Piccirilli, Esquire #4582*
2 Starline Way #7
Cranston, RI   02921
Telephone No.: (401) 578-3340
Gregory@splawri.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 9, 2023, I caused the foregoing to be served on counsel of record via this Court's Electronic Case Filing system.

*/s/Gregory P. Piccirilli*