IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
PROVIDENCE DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO )<br>12 Park Place, Mansfield, TX 76063 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SECRETARY OF STATE GREGG AMORE )<br>148 West River Street, Providence, RI 02904 )<br>)<br>DONALD JOHN TRUMP )<br>1100 S. Ocean Blvd, Palm Beach, FL 33480 )<br>)<br>Defendants. ) | Case No. 1:23-cv-00405 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

The Minnesota Supreme Court held "there is no **_state statute_** that prohibits a major political party from placing on the presidential nomination primary ballot… a candidate who is ineligible to hold office." That was an indirect recognition of federal preemption on the issue of determining whether an individual provided aid or comfort to an insurrection. It also confirms that this case is the correct manner by which to approach the issue: in **_federal_** court.

Plaintiff John Anthony Castro thanks Defendant Donald John Trump for this notice confirming that the federal judiciary is the proper forum for resolving this matter.

Dated: November 9, 2023.

                                                                                        Respectfully submitted,

                                                                                        By: /s/ *John Anthony Castro*
                                                                                        John Anthony Castro
                                                                                        12 Park Place
                                                                                        Mansfield, TX  76063
                                                                                        (202) 594 – 4344
                                                                                        J.Castro@JohnCastro.com
                                                                                        **Plaintiff *Pro Se***

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, John Anthony Castro, verify, under criminal penalty of perjury, that the entirety of the foregoing document, including any and all accompanying exhibits, are unequivocally true and correct.

Executed on November 9, 2023.

/s/ John Anthony Castro
John Anthony Castro

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed with the Court on November 9, 2023. I further certify that a true and accurate copy of the foregoing document was served via CM/ECG on all parties; all of whom are registered with CM/ECF.

*/s/ John Anthony Castro*
John Anthony Castro