UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN ANTHONY CASTRO **Plaintiff** | : : : |
| vs. | : C.A. No. 1:23-cv-00405-JJM-PAS : |
| SECRETARY OF STATE GREGG AMORE; And DONALD JOHN TRUMP **Defendants** | : : : |

## DEFENDANT DONALD JOHN TRUMP'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Donald J. Trump hereby files this Notice of Supplemental Authority to advise the Court of three recent decisions of the Michigan Court of Claims: *Labrant v. Benson*, CA No. 23-000137-MZ; *Trump v. Benson*, 23-000151-MZ; and *Davis v. Benson*, CA No. 23-000128-MB; (See attached Exhs. 1, 2 and 3) The Court found, *inter alia,* that the question of disqualification under the Fourteenth Amendment, Section Three, is a non-justiciable, political one.

Respectfully submitted,
Defendant Donald John Trump,
By his Attorney,

*/s/Gregory P. Piccirilli, Esquire #4582*
2 Starline Way #7
Cranston, RI  02921
Telephone No.: (401) 578-3340
Gregory@splawri.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 14, 2023, I caused the foregoing to be served on counsel of record via this Court's Electronic Case Filing system.

*/s/Gregory P. Piccirilli*