UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOHN ANTHONY CASTRO | : |
| Plaintiff | : |
| | : |
| vs. | : C.A. No. 1:23-cv-00405-JJM-PAS |
| | : |
| SECRETARY OF STATE GREGG AMORE; And DONALD JOHN TRUMP | : |
| | : |
| Defendants | : |

## DEFENDANT DONALD JOHN TRUMP'S
## FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Donald J. Trump hereby files this Fourth Notice of Supplemental Authority to advise the Court of the recent decision of the First Circuit Court of Appeals in *Castro v. Scanlon,* CA No. 23-1902. (See attached Exh. 1) The Court found that Plaintiff Castro failed to satisfy the injury-in-fact component of Article III standing to bring his complaint, since he did not show at the time of the filing of his complaint that he was a "direct and current competitor" of former President Donald Trump. Since Plaintiff in this case asserts the same generalized "political competitor" standing as he did in the New Hampshire case, the complaint must be dismissed on the same grounds.

Respectfully submitted,
Defendant Donald John Trump,
By his Attorney,

*/s/Gregory P. Piccirilli, Esquire #4582*
2 Starline Way #7
Cranston, RI  02921
Telephone No.: (401) 578-3340
Gregory@splawri.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 22, 2023, I caused the foregoing to be served on counsel of record via this Court's Electronic Case Filing system.

*/s/Gregory P. Piccirilli*