UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN ANTHONY CASTRO,
    Plaintiff,

v.

SECRETARY OF STATE GREGG AMORE and DONALD JOHN TRUMP,
    Defendants.

C.A. No. 23-405 JJM

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants Secretary of State Gregg Amore and Donald John Trump and against Plaintiff John Anthony Castro pursuant to the Text Order entered on November 27th, 2023 by this Court.

    Enter:

    /s/ Ryan H. Jackson
    Deputy Clerk

Dated: November 27, 2023